03-00071 DC-RI

# United States Court of Appeals
## For the First Circuit

No. 04-1565

UNITED STATES OF AMERICA,

Appellee,

v.

CHARLES H. ISLER,

Defendant, Appellant.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: SB12 Date: 11/17/2005

No. 04-1566

UNITED STATES OF AMERICA,

Appellee,

v.

BILAL ABDUL RASHID,

Defendant, Appellant.

No. 04-1673

UNITED STATES OF AMERICA,

Appellee,

v.

CHARLES C. BROWN,

Defendant, Appellant.

**JUDGMENT**

Entered: November 16, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Charles H. Isler and Bilal Abdul Rashid's convictions are affirmed, their sentences are vacated, and their cases are remanded for resentencing in accordance with the opinion issued this day. Charles C. Brown's conviction and sentence are affirmed.

**By the Court:**

______________________________
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Mary M. Lisi and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. Methe, Mr. Goldstein, Mr. Lockhart, Mr. Murphy, Ms. Barney.]