**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 03-071ML** |
| | ) | |
| **CHARLES ISLER** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant United States Attorney, and hereby responds to defendant's Motion for Downward Departure.

Defendant's motion is untimely pursuant to this Court's Local Rules and should be denied on that basis. L.R. Cr. 32(a). Local Rule Criminal 32(a) provides that "any request for a sentence outside of the applicable guideline range shall be made by motion and served at least seven (7) days prior to the date scheduled for sentencing . . ." (Emphasis added.) Defendant served the instant motion on the government on February 21, 2006. Due to the untimely filing, the government is unable to supply the Court with a more detailed reply to defendant's arguments. This untimely filing is unfair to both the Court and the government. Consideration of it makes a nullity of the Court's Local Rules.

Defendant's motion should be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

for ADI GOLDSTEIN
Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2006, a copy of the within Government's Response was sent by facsimile and ordinary mail and postage prepaid to Terence Livingston, 681 Smith Street, Providence, Rhode Island 02903.