**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CR. NO. 03-71-02ML** |
| | ) | |
| **CHARLES ISLER** | ) | |

**NOTICE OF APPEAL TO THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE FIRST CIRCUIT**

Now comes, the Defendant by and through his attorney Terence Livingston, and appeals to the United States Court of Appeals for the First Circuit from the final judgment or order of Judge Mary Lisi of the District Court for the District of Rhode Island of the First Circuit, entered in this case on February 27, 2006, sentencing the Defendant to 180 months to be served in a Federal Penitentiary.

Respectfully submitted,
Charles Isler,
By his Attorney,

______________________
Terence Livingston, Esq.
Providence, RI 02908
(401) 861-8121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion was mailed to: Adi Goldstein, United States Attorney, US Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, William Murphy, 127 Dorrance Street, Providence, RI and Jack Cicilline, Atwells Avenue, Providence, RI on this 6th day in March, 2006.

______________________