UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

March 7, 2006

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA  02210

CR 03-071-02ML          CCA# _____
USA v. Charles H. Isler

Dear Clerk of Court:

      Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

✓ Kindly acknowledge receipt for the same on the enclosed copy of this letter.

                              Sincerely yours,

                              David A. DiMarzio
                              Clerk of Court

                              By_____
                              John Duhamel
                              Deputy Clerk

Encl.: **Case file, J&C's Statement of Reasons [sealed]; PSR [sealed]**
        **Certified docket**