CR. 03-71
J. Lisi
Papers retained for 06-1428

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1442

UNITED STATES,

Appellee,

v.

CHARLES H. ISLER,

Defendant, Appellant.

---

Before

Torruella, Lynch and Howard,
Circuit Judges.

---

JUDGMENT

Entered: September 11, 2006

Appellant's arguments based on an alleged insufficiency of the evidence to support a guilty verdict and the alleged prosecutorial misconduct in the government's closing statement were rejected by this court in United States v. Isler, 429 F.3d 19, 24 (1st Cir. 2005). We see no miscarriage of justice or error in that decision that would justify deviation from the law of the case doctrine which, as a prudential matter, binds a successor appellate panel in a second appeal in the same case. See United States v. Moran, 393 F.3d 1, 7-8 (1st Cir. 2004).

As appellant concedes, his contention that his prior convictions should have been alleged and proven to a jury, is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224 (1998), which, as we have stated numerous times, is binding on this court. See, e.g., United States v. Mastera, 435 F.3d 56, 59 n.1 (1st Cir. 2006).

The judgment of the district court is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: OCT 02 2006

[cc: Messrs: Methe, Lockhart and Ms. Goldstein]