**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

CR **03-071**-01/**02**/03ML

v.

CHARLES BROWN, **CHARLES ISLER**,
and BILAL ABDUL RASHID

## RETURN RECEIPT FOR EXHIBITS

re: Jury Trial (1/26/2004 - 2/4/2004)

**Defendant Isler's Exhibits:** Full

**K through V (8 x 10 photos)**

David A. DiMarzio
Clerk of Court

Received by:______________________

By:______________________
Deputy Clerk

Date: 10.30.06