UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 03-071-02 ML

CHARLES ISLER

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c). Defendant specifically relies on the recently amended sentencing guideline for "crack" cocaine offenses.

As the government points out, however, this Court determined that Defendant was a career offender with an offense level of 34 and a Criminal History Category of VI. Defendant was originally sentenced to the low end of the applicable guideline range, 262 months, on Counts I and II to run concurrently. While Defendant's appeal was pending, the United States Supreme Court announced its decision in United States v. Booker, 543 U.S. 220 (2005). Defendant's case was remanded to this Court for re-sentencing.

This Court conducted a second sentencing hearing on February 27, 2006. After hearing argument from Defendant's counsel and the government, this Court, pursuant to the holding of Booker, considered all of the factors set forth in 18 U.S.C. § 3553 and determined that a reasonable sentence for Defendant was a term of incarceration of 180 months on Counts I and II to run concurrently.

This Court made that determination based on Defendant's status as a career offender, and taking into account all of the facts and circumstances of his case. Even if the Court were now to consider the "crack" amendment to the guidelines, this Court would not exercise its discretion to reduce the 180 month sentence imposed. Accordingly, Defendant's Motion is DENIED.

SO ORDERED:

Mary M. Lisi
Chief United Sates District Judge
June 26 , 2008